LOWELL LAMB & COMPANY, INC., Respondent, *v.* ALBERT HERSKOVITS et al., Copartners under the Firm Name of ALBERT HERSKOVITS & SON, Appellants.

*Appeal — reversal by Appellate Division and direction for entry of interlocutory judgment — appeal to Court of Appeals dismissed.*

*Lamb & Co., Inc.,* v. *Herskovits & Son,* 204 App. Div. 407, appeal dismissed.

(Argued April 14, 1924; decided May 13, 1924.)

APPEAL from a judgment, entered March 23, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the

complaint by the court on trial at Special Term and directing entry of an interlocutory judgment in favor of plaintiff and appointing a referee to compute and report the amount of plaintiff's damages.

*Isidor E. Schlesinger, Robert E. Tinsley* and *Harry J. Moskowitz* for appellants.

*Louis Joffe* and *Joseph Joffe* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: LEHMAN, J.